**MCFARLIN LLP**
Timothy G. McFarlin (State Bar No. 223378)
Email: tim@mcfarlinlaw.com
Jarrod Y. Nakano (State Bar No. 235548)
Email: jarrod@mcfarlinlaw.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 544-2640
Fax: (949) 336-7612

Attorneys for Plaintiff
JOSEPH SANCHEZ

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SANCHEZ, an Individual, | Case No.: 8:19-cv-00669-JVS-JDE |
| Plaintiff, | Judge: Hon. James V. Selna<br>Courtroom: 10C |
| v. | |
| BAKER'S DRIVE-THRU, a business of unknown form; NEAL T. BAKER ENTERPRISES, a California corporation; and Does 1-10, | **ORDER FOR JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE.** |
| Defendants. | |

WHEREAS, Defendants BAKER'S DRIVE-THRU; and NEAL T. BAKER ENTERPRISES (collectively, "Defendants") on one hand, and Plaintiff JOSEPH SANCHEZ ("Plaintiff"), on the other hand, stipulated, through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure Rule 41(a), that all claims and demands asserted by Plaintiff in this action shall be dismissed with prejudice, each party to bear their own costs and attorney fees; and

WHEREAS, it appears to the Court that the terms of the stipulation appear proper, and upon good cause showing,

IT IS HEREBY ORDERED that all claims and demands asserted by Plaintiff in this action shall be and hereby are dismissed.

IT IS HEREBY ORDERED with prejudice, each party to bear their own costs and attorney's fees.

DATED: November 12, 2019

UNITED STATES DISTRICT COURT

By: _____
Hon. James V. Selna